IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **LIME LOUNGE, LLC, CORNELIUS QUALLEY, GEORGE QUALLEY,**<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF DES MOINES, IOWA, et al.**<br><br>Defendants. | Case Number: 4:19-cv-00182<br><br>**PLAINTIFF'S MOTION TO ADD DEFENDANT LORI NEELY AND AMEND PETITION AND TO EXTEND TIME TO AMEND** |

COMES NOW, Plaintiffs, by and through the undersigned counsel, and for its Motion to Add Defendant Lori Neely and Amend Petition, hereby incorporates its Second Motion to Extend Discovery Deadline filed contemporaneously herewith and state the following:

1. Plaintiffs filed its Petition and Jury demand on June 3, 2019.

2. Plaintiffs filed an Amended and Substituted Petition and Jury demand on June 11, 2019.

3. Plaintiffs had initially contemplated adding Lori Neely as a defendant in the instant action and had requested consent of Defendants' counsel on August 30, 2019. Defendants' counsel consented to the amendment at that time stating "[i]f the Amendment is as you say, I will consent as well."

4. At the time, Plaintiffs chose not to add Lori Neely as an individual defendant based on the documents Defendants had produced to Plaintiffs.

5. Plaintiffs' initial document production request of January 21, 2020 on Defendant City of Des Moines specifically requested:

    7. Any document, memo, email, recording, or writing drafted by or received by any employee, agent, or representative of the City of Des Moines which, in any way, relates to, discusses, mentions, addresses, or otherwise references any of the

    Plaintiffs for the past 10 years. This includes, but is not limited to, communications to or from the following individuals: **Lori Neely**, Larry Davey, Dave Mulford, Ben Ihde, Bert Drost, and Phil Delafield.

6. It was not until Defendants' supplemental response of May 5, 2020 in which it produced **2791 pages of emails of Lori Neely**, as well as numerous additional emails involving Lori Neely.

7. These emails contained new information which Plaintiffs contend conclusively establish that Lori Neely is a necessary individual Defendant in Plaintiffs' claims. Plaintiffs have included some of the relevant quotes from the supplemental production as an exhibit attached hereto. (Exhibit 2 - filed under seal).

8. Plaintiff seeks leave of Court to amend its Petition pursuant to F.R.C.P. Rule 15(a)(2) and add defendant Lori Neely. Plaintiffs' Second Amended Petition is attached hereto as a new pleading, as well as a red-lined version pursuant to Local Rule 15.

9. The Trial Scheduling Order in this matter set the motions to add parties and the motions for leave to amend pleadings as November 1, 2019 and, accordingly, Plaintiffs request an extension to allow for the filing of this motion.

    WHEREFORE, the Plaintiffs respectfully requests that the Court grant its motion as set forth herein.

                              Respectfully,

                              /s/ Cornelius S. Qualley
                              Cornelius S. Qualley
                              PIN# AT0011242

                                 Qualley Law, P.L.C.
                                 P.O. Box 41718, Des Moines, IA 50311
                                 Phone: (515) 974-5658
                                 Email: c@qualleylaw.com
                                 ATTORNEY FOR THE PLAINTIFFS